IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

KENNETH I. JENKS,

    Defendant.

CASE NO.: 4:18-cr-260

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Delay Trial Management Order Requirement. (Doc. 906.) The parties seek an extension of the deadline to file motions in limine to July 23, 2019. After careful consideration of the present motion and the Government's Notice of Plea Agreement, (doc. 889), and for good cause shown, the Court **GRANTS** the parties' Motion.

THEREFORE, IT IS HEREBY ORDERED that the parties' deadline to file Motions in Limine is extended to July 23, 2019. Any Responses shall be due by July 29, 2019. All other deadlines and hearings contained in the Court's Criminal Trial Management Order shall remain the Order of the Court.

**SO ORDERED**, this 2nd day of July, 2019.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA